ROBERT F. KNOX  (SBN 71524)
bob@robertfknox.com
REED E. HARVEY (SBN 161318)
rehlawoffice@gmail.com
LAW OFFICE OF ROBERT F. KNOX
503 Alameda Del Prado Suite 303 C
Novato, CA  94949
Telephone:  (415) 234-6913
Facsimile:  (415) 234-6439

Attorney for Plaintiffs
DONALD DURBEN AND REBECCA DURBEN

SANDRA E. STONE (SBN 161267)
sstone@plawp.com
ANDREW P. COLLIER (SBN 232647)
acollier@plawp.com
PACIFIC LAW PARTNERS, LLP
2000 Powell Street, Ste. 950
Emeryville, CA  94608
Tel:  (510) 841-7777
Fax:  (510) 841-7776

Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| DONALD DURBEN and REBECCA DURBEN, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY and DOES 1 to 10, <br><br> Defendants. | Case No.  2:16-cv-00754-MCE-EFB <br><br> STIPULATION AND ORDER TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271(i), the parties hereby stipulate to submit the above-entitled

action to the Voluntary Dispute Resolution Program.  Since this case is at issue, discovery is

closed and dispositive motions have been heard and determined by this Court, the parties propose that the VDRP process be completed within 90 days of the date this Stipulation and Order is filed, and that the Neutral file confirmation of that completion within 30 days thereafter. If the case has not been resolved by the VDRP process, the parties propose that they be required to file a Joint Notice of Trial Readiness within 30 days after the completion of the VDRP process.

Dated: March 30, 2020

/s/ Robert F. Knox 4/3/20
ROBERT F. KNOX
Attorney for Plaintiffs

 

/s/ Andrew P. Collier (as authorized on 3/31/20)
PACIFIC LAW PARTNERS LLP
By: ANDREW P. COLLIER
Attorney for Defendant

## **ORDER**

Pursuant to Local Rule 271, this case is hereby referred to the Voluntary Dispute Resolution Program ("VDRP") of this Court. The parties are ordered to participate in that VDRP as required by Local Rule 271 and as directed by the VDRP Administrator.

The VDRP process shall be completed within 90 days of the date this Stipulation and Order is electronically filed, and the Neutral shall file confirmation of that completion within 30 days thereafter. If the case has not been resolved by the VDRP process, the parties are ordered to file a Joint Notice of Trial Readiness within 30 days after the completion of the VDRP process.

IT IS SO ORDERED.

Dated: April 8, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2